**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-2436**

─────────

ELDER DEFORRORRORA LOCUST,

                              Plaintiff - Appellant,

        versus

MOLLY BURNS; CHESAPEAKE SOCIAL SERVICES,

                              Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (MC-00-46)

─────────

Submitted:  May 17, 2001                 Decided:  May 22, 2001

─────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Elder Deforrorrora Locust, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elder Deforrorrora Locust appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Locust v. Burns, No. MC-00-46 (E.D. Va. Oct. 30, 2000). We deny Locust's motion for the bar numbers of all judges on this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2